IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS ALBERTO PEDRAZA CARATTINI     CASE NO. 17-00417-MCF

IRIS NEREIDA MENDEZ RIVERA     CHAPTER 13

DEBTOR(S)

# TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 12/15/2017

With respect to the above-referred payment plan with a base of $32,000.00 the Trustee Renders the following recommendation:

[ ] **FAVORABLE**     [X] **UNFAVORABLE**

The liquidation value of the estate is: $0.00

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**(1)Part 1.3 of the plan states there are non-standard provisions; however, Part 8 contains same provisions. (2)Part 3.2 of the plan, establishes that Trustee will make Empresas Berrios monthly payments of $10.97 and Firstbank Puerto Rico of $529.29; however, plan payment is of $200.00 monthly. Review treatment provided. Empresas Berrios and Firstbank, it should be eliminated from Part 3.2 and included in Part 3.7. (3)Clarify provisions in part 4.6. Insurance for Coop A/C San Jose and Empresas Berrios Inc. (4 )Provision of adequate to Firstbank in Part 8 is not necessary since is already state in Part 3.6. (5 )Provision of insurance in Part 8 is not necessary since is already state in Part 4.6. (6 )Part 8 provide additional fees $350 in pcm 12-01-17, however, not pcm filed for this dated.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 12/26/2017

ROBERTO FIGUEROA
COUNSEL FOR DEBTOR(S)

/s/ Pedro R Medina
Pedro R Medina
USDC #226614

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV